NUMBER 13-03-450-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


RAUL ALANIZ, Appellant,


v.



UNIVISION D/B/A ENTRAVISION COMMUNICATIONS 

CO., L.L.P., D/B/A VALLEY CH. 48, INC., ET AL., Appellees.

_________________________________________________________


On appeal from the 139th District Court


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, RAUL ALANIZ, perfected an appeal from a judgment entered by the 
139th District Court of Hidalgo County, Texas, in cause number C-892-00-C-1. The
clerk's record was filed on August 12, 2003. The reporter's record was filed on
August 29, 2003. Appellant's brief was due on October 11, 2003. To date, no
appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On November 4, 2003, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response from appellant has been received. Appellees have filed a motion for
involuntary dismissal of the appeal.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, appellant's failure
to respond, and appellees' motion to dismiss, is of the opinion that the appeal should
be dismissed for want of prosecution. Appellees' motion to dismiss the appeal is
GRANTED, and the appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Opinion delivered and filed

this the 26th day of November, 2003